IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRONZIE TOLER,

                Plaintiff,

v.                                    CIVIL ACTION NO.  2:14-cv-29582

GOVERNMENT EMPLOYEES
INSURANCE COMPANY, et al.,

                Defendants.

**ORDER**

       On July 21, 2015, the plaintiff filed a Proposed Order for Voluntary Partial Dismissal [Docket 40]. Upon review, it appears the plaintiff mistakenly referred to Rule 41 of the West Virginia Rules of Civil Procedure, rather than Rule 41 of the Federal Rules of Civil Procedure. The plaintiff's Proposed Order states "that all matters and disputes between Plaintiff and Defendant Government Employees Insurance Company ("GEICO") have been previously resolved, and that Plaintiff . . . hereby voluntarily dismisses his claims against GEICO in their entirety." (Voluntary Partial Dismissal Order [Docket 40]). Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the court **ORDERS** that this matter be **DISMISSED with prejudice** as to GEICO, with each party to bear its own costs.

       The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 31, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE