IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BRONZIE TOLER,
    PLAINTIFF,

VS.                                                         CASE NUMBER: 14-cv-29582

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, DBA "GEICO", BRUCE WALTERS
FORD SALES, COMMUNITY TRUST BANK, INC.
AND JOHN DOE INSURANCE AGENT, JOHN DOE
CAR SALESMAN,
    DEFENDANTS.

## ORDER OF DISMISSAL

On this day came the Plaintiff, Bronzie Toler, by counsel, Adrian Hoosier, and the Defendants, Bruce Walters Ford Sales and Community Trust Bank, Inc., by counsel, Daniel J. Konrad, and confirmed to the Court that this matter has been fully settled, compromised and agreed, and further requested that the Court dismiss this case as to Bruce Walters Ford Sales and Community Trust Bank, Inc., with prejudice.

There being no objection, the Court finds the same to be proper and it is hereby Ordered that the action be dismissed as to Bruce Walters Ford Sales and Community Trust Bank, Inc., with prejudice. This matter now being fully resolved as to all parties and all issues, this matter shall be retired and struck from the Court's docket.

Entered this _28_ day of _Sept_, 2015.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

9891752v1

PREPARED FOR ENTRY:

/s/ Daniel J. Konrad
Daniel J. Konrad, Esquire
West Virginia Bar #2088
DINSMORE & SHOHL LLP
611 Third Avenue
Huntington, West Virginia  25701
(304) 529-6181
*Counsel for Defendants Bruce Walters Ford Sales and Community Trust Bank, Inc.*


APPROVED FOR ENTRY:

/s/ D. Adrian Hoosier
D. Adrian Hoosier
West Virginia Bar # 10013
THE HOOSIER LAW FIRM, PLLC
P.O. Box 870
Logan, WV 25601
*Counsel for Plaintiff Bronzie Toler*